# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**ZACHARY KENDRICK POLK**                                    **PETITIONER**

**V.**                                                  **NO. 1:26-CV-68-RPC-DAS**

**FRANK STOCKTON, et al.**                              **RESPONDENTS**

---

## ORDER EXTENDING TIME

---

On motion of the Respondents in the above styled and numbered cause for an enlargement of time within which to file a responsive pleading, and the Court having considered the same is of the opinion that the motion is well taken and should be sustained.

It is therefore, **ORDERED** that the Respondents in the above styled cause be granted additional time to file an answer or other responsive pleading until September 14, 2026.

**ORDERED** this the 29th day of July, 2026.

/s/   David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**